

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2016

No. 04-16-00695-CV

**IN RE RIO GRANDE CITY CONSOLIDATED INDEPENDENT SCHOOL DISTRICT,**
Alfredo Garcia, Superintendent, Daniel Garcia, Judith Solis, Norberto Cantu, Ruben Klein, Eduardo Ramirez, Noe R. Gonzalez, and Benito Saenz

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Patricia O. Alvarez, Justice

On October 21, 2016, Relators filed a petition for writ of mandamus challenging a temporary restraining order restraining the relators and any persons acting as agent or in active concert or participation with the relators from taking various actions related to early voting in the Rio Grande City Consolidated Independent School District school board election, and further requiring the School District's early voting equipment to be impounded daily and stored at "the Starr County Sheriff's Department's vault." The real parties in interest filed responses on October 24, 2016. The court has reviewed the petition and responses and has determined the relators are entitled to the relief requested. Accordingly, the petition for writ of mandamus is GRANTED. TEX. R. APP. P. 52.8(c). The court's opinion will follow at a later date.

IMMEDIATELY UPON RECEIPT OF THIS ORDER, the Honorable Romero Molina is ORDERED to vacate the temporary restraining order dated October 20, 2016. Until the Honorable Romero Molina vacates the temporary restraining order dated October 20, 2016, this court's stay remains in effect.

It is so **ORDERED** on October 24, 2016.

---

[1] This proceeding arises out of Cause No. CC-16-336, styled *Jorge Bazan, A Concerned Citizen v. Rio Grande City Consolidated Independent School District, Alfredo Garcia, Superintendent, Daniel Garcia, Judith Solis, Norberto Cantu, Ruben Klein, Eduardo Ramirez, Noe R. Gonzalez and Benito Saenz, Elected Officials in their Official Capacities and Individual Capacities*, pending in the County Court at Law, Starr County, Texas, the Honorable Romero Molina presiding.

_____
Patricia O. Alvarez, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2016.



_____
Keith E. Hottle, Clerk